## PRACTICE.

### ANONYMOUS.

When a defendant acknowledges service of process, it is *still* necessary that common bail should be filed, to perfect his appearance; but, being matter of form only, the court will permit it to be filed at any stage of the cause.

*J. S. Blauvelt,* as attorney of the plaintiff, produced an acknowledgment by the defendant of the service of process, and an affidavit verifying the defendant's signature; and moved that his appearance be entered and common bail filed.

1. If suit be brought against an attorney by bill of privilege, service of copies of the bill, and of the rule to plead, must be a service analogous to the service of a summons under the practice act.
2. If such service cannot be made the court will direct what service shall be sufficient in the particular case.

This was the case of a bill of privilege, filed against an attorney of this court. The regularity of its service was questioned, and a motion made to set it aside as insufficient.

PER CURIAM. If suit be brought against an attorney by bill, service of copies of the bill and of the rule to plead, must be a service in analogy to the service of a summons under the practice act. The service must be personal, or at the house or office of the attorney.

If such service cannot be made, the court, on motion and special cause shown, will order, that putting up a copy in the clerk's office, or service by mail, or both, shall be considered due service, but sending a copy by mail, unless so ordered, even although its receipt is not denied, is not a sufficient service to bring the party into court, and to form the foundation or commencement of a suit.

Motion allowed.